**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Jesus Humberto QUINONEZ–AISPURO, Defendant—Appellant.**

**No. 04–30535.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 12, 2006.

Judith R. Harper, Esq., Office of the U.S. Attorney, Medford, OR, for Plaintiff–Appellee.

Robert M. Stone, Esq., Medford, OR, for Defendant–Appellant.

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Jesus Humberto Quinonez–Aispuro appeals from the 120–month sentence imposed after his guilty-plea conviction to distribution of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We dismiss the appeal in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000)

(stating that an appeal waiver is valid when it is entered into knowingly and voluntarily).

**DISMISSED.**